UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEONEL MARIN-TORRES,<br><br>Defendant. | NO. CR09-262RSL<br><br>ORDER ON DEFENDANT'S MOTIONS |

This matter comes before the Court on *pro se* defendant's motions for (1) criminal records of the government's witnesses and (2) translation of the Federal Rules of Evidence, jury instructions, and additional pages of the government's discovery file (Dkt. ##70, 72). The Court has previously ruled on all of these motions when Mr. Marin Torres first made them, except for the motion requesting the translation of additional pages of the government file. See Order, Dkt. #61 (*inter alia*, granting defendant's motion for translations of jury instructions, denying motion for translations of the Federal Rules of Evidence, and granting motion for list of government witnesses with criminal histories). Defendant's remaining motion requests translation of approximately 50 additional pages of the government's discovery file.

The Court has previously provided that the following documents from the government file be translated into Spanish and provided to Mr. Marin-Torres: (1) U.S. Department of Justice Recommendation for Prosecution (Bates 002-004); (2) U.S. Bureau of Alcohol, Tobacco, and Firearms Report of Investigation ("ATF ROI") ##1, 2 (Bates 005-007); SPD Officer Jokela's Probable Cause Certification (Bates 015-016); Washington State Patrol Crime Lab Report and

ORDER ON DEFENDANT'S MOTIONS- 1

documents related to firearm identification (Bates 017-018, 020-024); SPD 9-1-1 dispatch report (Bates 026-027); transcripts of 9-1-1 calls (Bates 137-158); documents related to fingerprint specialists on the case (Bates 175-177); ATF ROI ##3, 4 (Bates 178-181); SPD General Offense Report on a weapon discharge in the vicinity of Franklin Apartments on February 26, 2009 (Bates 242, 243, 245, 246, 252, 253, 255, 256, 259, 260); narrative regarding stolen gun (Bates 272-275); ATF ROI ##5, 6, 7, 9, 10 (Bates 298-312); ATF Agent Jonathon Hansen's "Qualifications for Interstate Nexus Testimony" (Bates 331-333); documents related to forensics in this case (Bates 334-340); Receipt for Evidence and Chain of Custody Report (Bates 375-377); ATF ROI #11 (Bates 488-491); documents related to qualifications of government agents and experts (Bates 492-500); and ATF ROI ##12, 13 (Bates 501-508).

The Court has reviewed the additional pages Mr. Marin-Torres has requested be translated, which consist of copies of Mr. Marin-Torres' fingerprints, a statement of probable cause from an unrelated 1996 case, and chemical spectrum analyses of the contraband allegedly found on Mr. Marin-Torres' person at his arrest. Beyond the fact that these documents are almost entirely graphical and therefore do not bear translation, they contain information already summarized and explained in other documents in the government file that have already been translated and provided to Mr. Marin-Torres. See, e.g., Bates 017-018, 020-024, 334-340. Therefore, to the extent it has not been ruled upon already in the Court's previous Order (Dkt. #61), Mr. Marin-Torres' motion (Dkt. #72) is DENIED.

Dated this 17th day of February, 2010.

*signature*

Robert S. Lasnik
United States District Judge

ORDER ON DEFENDANT'S MOTIONS- 2