The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>LEONEL MARIN-TORRES,<br><br>　　　　　　　　　　Defendant. | NO. 2:09-cr-00262-RSL<br><br>[~~PROPOSED~~] ORDER GRANTING AN EXTENSION OF TIME |

This Court, having considered the stipulation of the parties, hereby directs that:

1. The United States file its response to the motion of the Defendant for a reduction in sentence under the First Step Act on or before March 20, 2019; and

2. The defense file any reply on or before April 18, 2019.

SO ORDERED this 14th day of March, 2019.

_____
ROBERT S. LASNIK
Senior United States District Judge

Presented by:

*s/Helen J. Brunner*
HELEN J. BRUNNER
Assistant United States Attorney

**ORDER GRANTING AN EXTENSION OF TIME**
*United States v. Marin-Torres*; 2:09-cr-00262-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970