The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEONEL MARIN-TORRES, | No: CR09-0262RSL |
| Defendant-Petitioner, | ORDER GRANTING MOTION TO SEAL |
| v. | |
| UNITED STATES OF AMERICA, | |
| Plaintiff-Respondent | |

THE COURT has considered the motion to seal the Ex Parte Emergency Motion For Leave To Withdraw, And To Allow The Defendant To Proceed Pro Se, To Seek Relief Under 28 U.S.C. § 2255, and the records and files in this case,

IT IS NOW ORDERED that the motion to seal is GRANTED.

DATED this 15th day of June, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1

1  LAW OFFICE OF JONATHAN S. SOLOVY, PLLC

2  *s/ Jonathan S. Solovy*

3  _____

4  Jonathan S. Solovy
   WSBA#16622

5  705 Second Avenue, Suite 1300
6  Seattle, WA  98104-1741
   (206) 388-1090
7  solovylaw@earthlink.net

8  Attorney for Defendant Leonel Marin-Torres

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING MOTION TO SEAL - 2

**Law Office of Jonathan S. Solovy, PLLC**
705 Second Avenue, Suite 1300
Seattle, Washington  98104-1741
(206) 388-1090
solovylaw@earthlink.net