UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEONEL MARIN-TORRES,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case Nos. C20-942RSL<br>           CR09-262RSL<br><br>ORDER |

This matter comes before the Court on petitioner's "Motion to Expand the Record" (Dkt. #7)[1] and the government's "Motion for Extension of Time to File its Response to Defendant's 28 U.S.C. § 2255 Motion" (Dkt. #6). Having reviewed the motions and the record contained herein, the Court finds as follows:

(1)     The government does not oppose petitioner's request to expand the record to include the documents attached to his motion. See Dkts. #7, #8. Petitioner's "Motion to Expand the Record" (Dkt. #7) is accordingly GRANTED.[2]

(2)     Petitioner has not opposed the government's motion to extend its response deadline, and the government has shown that petitioner will not be prejudiced by a short extension. The government's motion (Dkt. #6) is accordingly GRANTED and IT IS HEREBY ORDERED that the government shall file its Answer to petitioner's § 2255 petition no later than September 24, 2020. IT IS FURTHER ORDERED that this matter be noted for consideration

---

[1] Initially filed as Dkt. #181 under Case No. CR09-262RSL.

[2] See also U.S. v. Marin-Torres, No. CR09-262RSL, at Dkt. #181.

ORDER - 1

the fourth Friday after the government's Answer is filed. Petitioner may file a reply to the Answer no later than that noting date.

(3)     The Clerk of Court shall direct a copy of this Order to Petitioner.

IT IS SO ORDERED.

DATED this 10th day of August, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 2